UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SELMONT )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>      Defendants. )<br>_____ ) | CIVIL ACTION NO.:<br>3:02 CV 1677 (GLG)<br><u>FELA HEARING LOSS CASES – MAY BE</u><br><u>FILED IN NEW HAVEN AS ORDERED BY</u><br><u>MAGISTRATE JUDGE MARGOLIS</u><br><br>March 1, 2004 |

**PARTIES' JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES**

      The plaintiffs in the above-entitled matters, as well as the defendants, Consolidated Rail Corporation ("Conrail"), American Financial Group, Inc. ("American") and Metro-North Railroad Company ("Metro North"), hereby jointly request a 30-day extension of the current fact discovery deadline from March 31, 2004 to and including April 30, 2004.

      As grounds for this *Motion*, the parties state that the above-entitled cases are the first two "batches" of pending hearing loss cases and have been assigned the following discovery deadlines:

Oral Argument NOT Requested/
Testimony Not Required

1

| | |
|---|---|
| Completion of Fact Discovery: | March 31, 2004 |
| Plaintiffs' Disclosure of Expert(s)' Report(s): | April 30, 2004 |
| Deadline to Depose Plaintiffs' Expert(s): | May 31, 2004 |
| Defendants' Disclosure of Expert(s)' Report(s): | May 31, 2004 |
| Deadline to Depose Defendants' Expert(s): | June 30, 2004 |

The only deadline the parties wish to extend is the fact discovery deadline, and the requested extension will not affect the other deadlines listed above. Moreover, to date, the plaintiffs' depositions have been conducted in the above-matters with the exception of Sweeney v. Metro North, et al., Koval v. Metro North, et al. and Laskevitch v. Metro North, et al., and the parties have agreed to conduct those depositions the beginning of April (in the event the instant *Motion* is granted). Also, the plaintiffs' deposition of Conrail's 30(b)(6) witness is currently scheduled for March 9, 2004, and the plaintiffs' deposition of Metro North's 30(b)(6) witness is currently scheduled for March 31, 2004. Further, the parties anticipate conducting several additional depositions (some of which have already been noticed) and are in the process of completing supplemental responses to discovery requests. Based upon the volume of cases, the parties request the instant 30-day extension of time in order or complete this fact discovery.

Accordingly, the parties respectfully request that the instant *Motion* be GRANTED, and that the deadline for the completion of fact discovery in the first two "batches" of hearing loss cases be extended to and including April 30, 2004.

Respectfully submitted,

| | |
|---|---|
| CONSOLIDATED RAIL CORPORATION, AMERICAN FINANCIAL GROUP, INC., By their Attorneys, | METRO NORTH RAILROAD COMPANY, By its Attorneys, |
| Michael B. Flynn,#ct21215<br>Lori A. McCarthy #ct19557<br>FLYNN & ASSOCIATES, P.C.<br>189 State Street, Sixth Floor<br>Boston, MA 02109<br>(617)722-8253<br>(617)722-8254 (facsimile) | Anthony D. Sutton, #ct20607<br>RYAN, RYAN, JOHNSON & DELUCA<br>P.O. Box 3057<br>Stamford, CT 06905<br>(203) 357-9200<br>(203) 961-9872 (facsimile) |

THE PLAINTIFFS
By their Attorney,

Scott E. Perry, Esq.,#ct17236
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, CT 06511
(203)777-1000