IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------x
                    :

ROBERT BOURT                :    3:02 CV 191(AVC)
                    :
                    :

v.                    :
                    :
                    :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: MAY 26, 2004
                    :

-------------------------------------------------------------x
-------------------------------------------------------------x
                    :

ROBERT W. HICKEY        :    3:02 CV 1674 (CFD)
                    :
                    :

v.                    :
                    :
                    :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: MAY 26, 2004
                    :

-------------------------------------------------------------x
-------------------------------------------------------------x
                    :

SAMUEL COMPO         :    3:02 CV 1675 (PCD)
                    :
                    :

v.                    :
                    :
                    :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: MAY 26, 2004
                    :

-------------------------------------------------------------x
-------------------------------------------------------------x
                    :

RICHARD J. LASKEVITCH    :    3:02 CV 1676 (GLG)
                    :
                    :

v.                    :
                    :
                    :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: MAY 26, 2004
                    :

-------------------------------------------------------------x

```
-----------------------------------------------------x
                                                     :
MICHAEL SELMONT                                      :   3:02 CV 1677 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT FUDA                                          :   3:02 CV 1678 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JOHN P. GEARY                                        :   3:02 CV 1679 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS KINIRY                                        :   3:02 CV 1680 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
                                                       :
JOHN RAGGI                                             :    3:02 CV 1681 (GLG)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
EDWARD P. RUSSO                                        :    3:02 CV 1682 (JCH)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
JAMES SCOFIELD                                         :    3:02 CV 1683 (JCH)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
MILLARD J. SULLIVAN                                    :    3:02 CV 1684 (JCH)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
```

3

```
-----------------------------------------------------------x
                                                  :
ROBERT BLACK                                      :    3:02 CV 1873 (AVC)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: MAY 26, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
ALFRED SCHUMACHER                                 :    3:02 CV 1875 (AHN)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: MAY 26, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
FRANCIS E. BAKUTIS                                :    3:02 CV 1877 (MRK)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: MAY 26, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
CHARLES KANE                                      :    3:02 CV 1878 (CFD)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: MAY 26, 2004
                                                  :
-----------------------------------------------------------x
```

```
----------------------------------------------------x
                                           :
SIGISMONDO LoVERME                         :     3:02 CV 1880 (PCD)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :     DATE: MAY 26, 2004
                                           :
----------------------------------------------------x
----------------------------------------------------x
                                           :
TIMOTHY STRAND                             :     3:02 CV 1883 (AWT)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :     DATE: MAY 26, 2004
                                           :
----------------------------------------------------x
----------------------------------------------------x
                                           :
JAMES E. CAFFREY                           :     3:02 CV 1884 (CFD)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :     DATE: MAY 26, 2004
                                           :
----------------------------------------------------x
```

5

<u>RULING ON DEFENDANT METRO NORTH'S MOTION FOR EXTENSION OF
SCHEDULING ORDER DEADLINES</u>

By agreement of counsel, Metro North's Motion for Extension of Scheduling Order Deadlines, <u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #37; <u>Hickey</u>, 3:02 CV 1674 (CFD), Dkt. #22; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #67; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkt. #67; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkt. #58; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #60; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #60; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #76; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkt. #60; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #61; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkt. #67; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #60; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #58; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #54; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #61; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #56; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #60; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #53; and <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #58, are hereby <u>granted</u> such that plaintiffs' expert(s) shall be deposed **on or before June 30, 2004,** defendant shall disclose its expert(s) **on or before June 30, 2004**, and defendant's expert(s) shall be deposed **on or before July 30, 2004**.

Dated at New Haven, Connecticut, this 26th day of May, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

6