# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

---------------------------------------------------X
MICHAEL J. SELMONT,

      Plaintiff,

v.    Civil Action No: 3:02 CV 1677 (GLG)

METRO-NORTH RAILROAD COMPANY, ET AL,

      Defendants.    November 15, 2004
---------------------------------------------------X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF | THE DEFENDANT, |
| MICHAEL SELMONT | METRO-NORTH RAILROAD COMPANY |

By:_____    By:_____
Scott E. Perry, Esq., (CT 17236)    Anthony D. Sutton, Esq., (CT 20607)
Cahill & Goetsch, P.C.    Ryan, Ryan, Johnson & Deluca, LLP
43 Trumbull Street    80 Fourth Street, P.O. Box 3057
New Haven, CT 06511    Stamford, CT  06905
Phone No. 203-777-111    Phone No. 203-357-9200

<u>FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

 

_____
Anthony D. Sutton, Esq.